FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 1 1 2008 ★

MEMORANDUM
TO THE HONORABLE CAROL B. AMON
United States District Judge

RE: Ibrahim Qunbar and Salah Nabhan
DOCKET NO.: 06-CR-466
SENTENCE DATE: February 13, 2008

## REQUEST FOR ADJOURNMENT OF SENTENCE

The Probation Department submits this memorandum to request that Your Honor adjourn sentencing of the above-captioned defendants in light of the impending addenda to the presentence reports, in response to the Government's objections to the presentence report, which significantly increases the guideline calculations for each defendant. The probation department intends to disclose the addenda no later than February 11, 2008, and recently learned that the defendants are scheduled to be sentenced on February 13, 2008.

The Probation Department respectfully requests that the sentence date be adjourned for approximately four weeks in order to allow ample time for the parties to review and comment on the addenda. Notably, neither the Government nor respective counsel oppose an adjournment of sentence. We apologize for any inconvenience this may cause the Court.

Respectfully Submitted,

Tony Garoppolo
Chief U.S. Probation Officer

Prepared by: _Vita Quartara_
Vita Quartara
Supervising U.S. Probation Officer
(347) 534-3697

Date: February 6, 2008

✓ ___ Adjournment Request Granted   to March ~~[struck through]~~
___ Adjournment Request Denied                19 at 2:00 pm

Comments: ~~March~~ _____

_____

_____

s/ CBA                                    2/08/08
The Honorable Carol B. Amon              Date
United States District Judge